In the Matter of the Claim of MABEL KRETCHMER and Others, Respondents, against MONROE UNION OIL COMPANY, INC., Impleaded with GUARDIAN CASUALTY COMPANY, Respondent, and LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Decision amended to read as follows: Award unanimously affirmed, without costs.

FRANK J. DEEGAN, Respondent, v. FRANK HUNGERFORD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL STOLOFSKY, Relator, Respondent, v. SUPERINTENDENT OF STATE INSTITUTION FOR MALE DEFECTIVE MENTAL DELINQUENTS, AT NAPANOCH, N. Y., Appellant.— Motion for leave to appeal to the Court of Appeals granted.

MARY R. BURKE, Respondent, v. SAMUEL BONAT and HARRY BONAT, a Copartnership, Doing Business under the Firm Name and Style of SAMUEL BONAT & BRO., Appellants.— Judgment and order unanimously affirmed, with costs.

HOME GAS COMPANY, Appellant, v. FRANK A. WIGSTEN and Others, Respondents.— Order so far as appealed from unanimously affirmed, with one bill of costs.

MARTIN KILLIAN, Respondent, v. WALTER A. COTTRELL, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the cause of action arose in the county of Washington, and the convenience of material witnesses and the ends of justice will be promoted by changing the place of trial from the county of Albany to the county of Washington. All concur. Van Kirk, P. J., not sitting.

JOHN LEO LYNCH, SR., Respondent, v. WALTER A. COTTRELL, Appellant.— Order reversed on the law and the facts, with disbursements, and motion granted, on the grounds stated in Killian v. Cottrell (ante, p. 901), decided herewith. All concur. Van Kirk, P. J., not sitting.

J. LEO LYNCH, JR., Respondent, v. WALTER A. COTTRELL, Appellant.— Order reversed on the law and the facts, with disbursements, and motion granted, on the grounds stated in Killian v. Cottrell (ante, p. 901), decided herewith. All concur. Van Kirk, P. J., not sitting.

RAYMOND LYNCH, Respondent, v. WALTER A. COTTRELL, Appellant.— Order reversed on the law and the facts, with disbursements, and motion granted, on the grounds stated in Killian v. Cottrell (ante, p. 901), decided herewith. All concur. Van Kirk, P. J., not sitting.

THE INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, v. JOHN P. WHITTLEY, Appellant.— Order unanimously affirmed, with costs. All proceedings in connection with the enforcement and collection of the judgment for $2,487.06 are stayed for thirty days after the delivery to the defendant's attorney of the findings of the State Industrial Board as to the award, which is the basis of this judgment, and copies of all necessary exhibits required to be printed in the case on appeal. If within such thirty days defendant's attorney shall make and serve case on appeal from the award, and shall present same to the Board for certification, together with his printed brief, the stay shall be continued until the determination of the appeal from the award.